AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) SCHROEDER, MARY M. | 2. Court or Organization US COURT OF APPEALS - 9TH CIRCUIT | 3. Date of Report 4/27/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) ACTIVE - CIRCUIT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address U.S. COURTHOUSE, SUITE 610 401 W. WASHINGTON ST., SPACE 54 PHOENIX, AZ 85003-2156 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. COUNCIL MEMBER | AMERICAN LAW INSTITUTE |
| 2. TRUSTEE | TRUST #1 |
| 3. ADVISORY BOARD MEMBER | LOWELL OBSERVATORY |
| 4. PRESIDENT-ELECT | ARIZONA WOMEN'S FORUM |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE FINANCIAL 2010 MAY -3 P 10: 45 RECEIVED

Schroeder, Mary M.

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 4/27/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | ARIZONA STATE UNIVERSITY - SALARY |
| 2. 2009 | SHESHUNOFF INFORMATION SERVICES - BOOK ROYALTY |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | UNIVERSITY OF THE PACIFIC | 10/5/2008 - 10/7/2008 | SACRAMENTO, CA | SPEAKING EVENT | TRANSPORTATION, FOOD, HOTEL |
| 2. | INTERNATIONAL JUDICIAL ACADEMY | 4/5/2009 - 4/10/2009 | STRASBOURG, FRANCE | ATTENDANCE | TRANSPORTATION, FOOD, HOTEL |
| 3. | UNIVERSITY OF CALIFORNIA | 4/17/2009 - 4/19/2009 | SACRAMENTO, CA | MOOT COURT | TRANSPORTATION, FOOD, HOTEL |
| 4. | LEGAL MOMENTUM | 4/21/2009 - 4/24/2009 | WASHINGTON, D.C. | SPEAKING EVENT | TRANSPORTATION, FOOD, HOTEL |
| 5. | ARIZONA WOMEN'S FORUM | 5/17/2009 - 5/24/2009 | HONG KONG SAR CHINA | ATTENDANCE | TRANSPORTATION, FOOD, HOTEL |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 4/27/2010 |

| 6. | AMERICAN LAW INSTITUTE | 10/21/2009 - 10/24/2009 | NEW YORK, NY | ATTENDANCE | TRANSPORTATION, FOOD, HOTEL |
|---|---|---|---|---|---|
| 7. | AMERICAN LAW INSTITUTE | 12/2/2009 - 12/4/2009 | PHILADELPHIA, PA | ATTENDANCE | TRANSPORTATION, FOOD, HOTEL |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 4/27/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 4/27/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. JP MORGAN CHASE ACCOUNTS | B | Interest | M | T | | | | | |
| 2. WACHOVIA MYM FUND | A | Dividend | | | Sold | 4/7/2009 | K | | |
| 3. LINCOLN NAT'L LIFE | A | Interest | J | T | | | | | |
| 4. FRANKLIN FUND AZTXFR INC. | A | Int./Div. | K | T | | | | | |
| 5. EQUITABLE 300+ STOCK FUND-IRA | | None | K | T | | | | | |
| 6. TRUST #1 | E | Int./Div. | P1 | T | | | | | |
| 7. - AZ ST. CREDIT UNION ACCOUNTS | | | | | | | | | |
| 8. - VALID FIXED PLUS FUND | | | | | Buy | 01/09/09 | J | | |
| 9. - VALIC MIDCAP INDEX | | | | | Buy | 01/09/09 | J | | |
| 10. - VALIC MIDCAP INDEX | | | | | Sold | 06/26/09 | L | | |
| 11. - VALIC STOCK INDEX (LARGE CAP) | | | | | Buy | 01/09/09 | J | | |
| 12. - VALIC STOCK INDEX (LARGE CAP) | | | | | Sold | 06/26/09 | M | | |
| 13. - VALIC INT'L GOVT. BOND | | | | | Buy | 01/09/09 | J | | |
| 14. - VALIC INT'L GOVT. BOND | | | | | Sold | 06/26/09 | M | | |
| 15. - VALIC SCIENCE TECH | | | | | Sold | 06/26/09 | K | | |
| 16. - VALIC GOVT. SEC | | | | | Buy | 01/09/09 | J | | |
| 17. - VALIC GOVT SEC. | | | | | Sold | 06/26/09 | M | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes: (See Columns C1 and D3)
3. Value Method Codes: (See Column C2)

| | | | | |
|---|---|---|---|---|
| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 4/27/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - VALIC SMCAPEQ | | | | | Buy | 01/09/09 | J | | |
| 19.   - VALIC SMCAPEQ | | | | | Sold | 06/26/09 | J | | |
| 20.   - TIAA TRADITIONAL (RET. ANN) | | | | | | | | | |
| 21.   - CREF STOCK | | | | | Buy | 07/01/09 | J | | |
| 22.   - CREF GROWTH | | | | | Buy | 07/01/09 | J | | |
| 23.   - CREF EQUITY INDEX | | | | | Buy | 07/01/09 | M | | |
| 24.   - TC INTL EQ. RET. | | | | | Buy | 07/01/09 | J | | |
| 25.   - TC INTL EQ. RET. | | | | | Buy | 08/13/09 | K | | |
| 26.   - TC MIDCAP VAL. RET | | | | | Buy | 07/01/09 | K | | |
| 27.   - FST AM. MIDCAP GWTH | | | | | Buy | 07/01/09 | M | | |
| 28.   - CREF INTL LINKED BOND | | | | | Buy | 07/01/09 | M | | |
| 29.   - CREF INTL LINKED BOND | | | | | Buy | 08/01/09 | M | | |
| 30.   - CREF INTL LINKED BOND | | | | | Sold | 08/27/09 | L | | |
| 31.   - GOLDMAN SACHS GOV. INC. FD | | | | | Buy | 07/01/09 | L | | |
| 32.   - GOLDMAN SACHS GOV. INC. FD | | | | | Buy | 08/01/09 | L | | |
| 33.   - GOLDMAN SACHS GOV. INC. FD | | | | | Buy | 10/1/09 | L | | |
| 34.   - T-C HIGH YIELD RTMT | | | | | Buy | 08/27/09 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 4/27/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | - VALIC SET RATE 7 YR | | | | | | | | | |
| 36. | - VALIC MYM | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 4/27/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

IN PART VII:

1.  2008 ITEM #15 DUPLICATED ITEM #11
2.  2008 ITEM #17 - ACCOUNT CLOSED PRIOR YEAR
3.  2008 ITEM # 13 IS NOW TIAA TRDITIONAL {RET. ANN.)
4.  2009 ITEM #8 - PURCHASED BI-WEEKLY UNTIL 7/09
5.  2009 ITEM #9 - PURCHASED BI-WEEKLY UNTIL 7/09
6.  2009 ITEM #11 - PURCHASED BI-WEEKLY UNTIL 7/09
7.  2009 ITEM #13 - PURCHASED BI-WEEKLY UNTIL 7/09
8.  2009 ITEM #16 - PURCHASED BI-WEEKLY UNTIL 7/09
9.  2009 ITEM #18 - PURCHASED BI-WEEKLY UNTIL 7/09
10. 2009 ITEM #21 - PURCHASED BI-WEEKLY AFTER 7/09
11. 2009 ITEM #22 - PURCHASED BI-WEEKLY AFTER 7/09
12. 2009 ITEM #24 - PURCHASED BI-WEEKLY AFTER 7/09
13. 2009 ITEM #26 - PURCHASED MONTHLY AFTER 7/09
14. 2009 ITEM #27 - PURCHASED BI-WEEKLY AFTER 7/09

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 4/27/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544